UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICHARD LAYNE LABELLE,

        Defendant.

_____/

Criminal Case No.  07-cr-20608
Civil Case No.       11-cv-14034

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed a motion to vacate, set aside, or correct sentence under 28 § USC 2255 on September 2, 2011.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the "Motion to vacate, ..." by **October 31, 2011**. The reply, if any, is to be filed by **November 21, 2011.**

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  September 19, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, September 19, 2011, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522