UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Criminal No. 2:07-cr-20608
                                                Civil No. 11-cv-14034

RICHARD LAYNE LABELLE,

    Defendant.
                                      /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

On November 25, 2013, the court entered an order denying Defendant Richard Layne Labelle's "Motion to Vacate Sentence." Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: November 25, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 25, 2013, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522